## MOORE ET AL. *v.* BIBLE ET AL.

[No. 21,370.  Filed January 27, 1910.]

JUDGMENT.—*Form of.—Motions to Modify.*—The remedy for a judgment which is not in proper form is a motion to modify.

From White Circuit Court; *James P. Wason,* Judge.

Highway petition by Evert Bible and others, against which Joseph T. Moore and another remonstrate. From a judgment for petitioners, remonstrants appeal. *Affirmed.*

*Alfred W. Reynolds, Addison K. Sills* and *Addison K. Sills, Jr.,* for appellants.

*Palmer & Carr,* for appellees.

MONTGOMERY, J.—This is a proceeding for the improvement of a highway less than three miles in length, begun before the Board of Commissioners of the County of White, and taken by appeal to the court below. Appellants' motion to dismiss, and demurrer to, the petition were overruled, and the work ordered constructed, and these rulings have been assigned as errors. The real question involved is the validity of the law upon which the proceeding was founded, and that question has been decided adversely to appellants in the cases of *Smith* v. *Board, etc.* (1910), *ante,* 364, and *Harmon* v. *Gephart* (1910), *ante,* 391. Appellants' counsel criticise the form of judgment entered by the court below, but no motion to modify the same was made, and no question in that respect is presented for review. Upon the authority of the cases cited the judgment herein is affirmed.